# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAVERIS M. LAMPLEY and <br> CARMEN M. CUNNINGHAM, <br><br> Defendants. | Case No. 22-CR-145-JPS <br><br><br> **ORDER** |

On September 27, 2023, the Government filed a motion for entry of final order of forfeiture and judgment as to certain properties of Defendants. ECF No. 102. The Court has considered the motion and the declaration of Assistant United States Attorney Elizabeth Monfils, as well as the exhibit thereto. ECF Nos. 103, 103-1. The Court is satisfied that the Government has complied with the terms and provisions of 21 U.S.C. § 853. The Court is further satisfied that no third party has filed a valid timely claim as to the following properties, to which this Court has already entered a Preliminary Order of Forfeiture, ECF No. 84:

1. Approximately $1,071 in United States currency seized from Javeris Lampley, on or about July 7, 2022; and

2. Approximately $11,980 in United States currency seized from XXXX W. Deer Run drive #104, Brown Deer, Wisconsin, on or about July 7, 2022.

Accordingly,

**IT IS ORDERED** that the Government's motion for entry of final order of forfeiture and judgment, ECF No. 102, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853, the Court **FORFEITS** the above-listed items and **ORDERS** that the United States has clear title to these properties, and that the United States may dispose of these properties according to law.

Dated at Milwaukee, Wisconsin, this 28th day of September, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge